NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFRED PROCOPIO, JR.,**

*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2017-1821

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-4082, Judge Coral Wong Pietsch.

---

## O R D E R

---

The en banc oral argument for this appeal is scheduled for December 7, 2018 at 10:00 a.m. in courtroom 201. Each side will have 30 minutes for a total argument time of one hour. The parties shall notify the court by ECF by November 15, 2018 of the names of counsel who will present oral argument.

FOR THE COURT

 August 20, 2018                    /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court